IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT J. BIAGAS, SR.,                                No. 2:13-cv-2656-CMK-P

    Plaintiff,

 vs.                                                                        <u>ORDER</u>

T. VIRGA, et al.,

    Defendants.

         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time and objections to the court's order denying his motion for reconsideration (Doc. 44).

         Plaintiff is informed that this case is closed. This case was dismissed and judgment entered on March 24, 2016. Thereafter, plaintiff filed two motions to amend and objections to the dismissal which the court construed as a motion for reconsideration. The motion for reconsideration was denied. Plaintiff's current motion is not a proper motion. There are no outstanding deadlines for which an extension of time may be granted, and to the extent he is objecting to the order denying the motion for reconsideration, such objections are not proper. To the extent plaintiff is attempting to reopen this closed case, such proceedings are not

1

authorized. Plaintiff's remedy, if any, would lie with the Ninth Circuit Court of Appeal. As such, his motion is denied. Plaintiff is advised that any additional documents filed in this closed case will be disregarded and no order will issue in response to future filings.

SO ORDERED.

DATED: April 25, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE