IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT J. BIAGAS, SR.,                                    No. 2:13-cv-2656-CMK-P

        Plaintiff,

  vs.                                                                    ORDER

T. VIRGA, et al.,

        Defendants.

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the court's final judgment entered on March 24, 2016. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in good faith. Plaintiff's complaint was vague and conclusory, plaintiff failed to allege sufficient facts for the court to properly evaluate his claims, plaintiff included unrelated defendants and claims in one complaint, and even after being provided specific directions and opportunities, he was unable or unwilling to follow the court's direction and orders to file a sufficient complaint.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. This appeal is <u>not</u> taken in good faith; and

2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: June 29, 2017

                                                                     **CRAIG M. KELLISON**
                                                                     UNITED STATES MAGISTRATE JUDGE