# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT J. BIAGAS, SR., | No. 2:13-CV-2656-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on November 7, 2018, and this case is closed. On November 19, 2018, plaintiff filed objections to the court's August 28, 2018, findings and recommendations. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.

Dated: November 21, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1